No. 88–5859. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–5860. TROTZ v. UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–5862. LIGHTSEY v. KASTNER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–5865. GOLDEN v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 88–5867. HACKER v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 88–5870. BUCKLEY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–5872. WALKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–5873. MARTINEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–5875. NESBITT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–5876. MARTINEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–5877. MABRY v. MUNCY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 88–5879. WEICHERT v. SWINSON, SUPERINTENDENT, FEDERAL PRISON CAMP, DULUTH, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–5882. TRIPATI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–5884. BARRATTEAU v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 88–5885. COOK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.